Michael A. WILLIAMS,
Plaintiff–Appellant,

v.

DEKALB COUNTY, GEORGIA,
Vernon Jones, et al., Defendants–Appellees.

No. 05–14271.

D.C. Docket No. 03–01189 CV–CAP–1.

United States Court of Appeals,
Eleventh Circuit.

April 20, 2006.

Christopher G. Moorman, Atlanta, GA,
for Plaintiff–Appellant.

William J. Linkous, III, Howard Walter
Indermark, Dekalb County Law Department, Decatur, GA, for Defendants–Appellees.

Before DUBINA, MARCUS and
PRYOR, Circuit Judges.

PER CURIAM:

Appellant Michael A. Williams
("Williams") appeals the district court's entry of summary judgment against him in
his 42 U.S.C. § 1983 action alleging depri-

vation of a liberty interest, without due process, arising from termination of his employment with the DeKalb County Police Department.

The issue presented on appeal is whether the district court correctly granted summary judgment to the defendants because Williams was afforded a meaningful opportunity for a name-clearing hearing.

After reviewing the record, reading the parties' briefs, and having the benefit of oral argument, we affirm the district court's grant of summary judgment based on our precedents [1] and the well-reasoned order of the district court filed on July 22, 2005.

AFFIRMED.

---

**1.** *See Cotton v. Jackson,* 216 F.3d 1328, 1330 (11th Cir.2000); *Harrison v. Wille,* 132 F.3d 679, 683 n. 9 (11th Cir.1998); *McKinney v. Pate,* 20 F.3d 1550, 1562 (11th Cir.1994) (en banc), *cert. denied,* 513 U.S. 1110, 115 S.Ct. 898, 130 L.Ed.2d 783 (1995); *Buxton v. City of Plant City, Fla.,* 871 F.2d 1037, 1042–43 (11th Cir.1989); *Campbell v. Pierce County, Ga.,* 741 F.2d 1342, 1345 (11th Cir.1984).